In the Matter of NELLA MANKO et al., Appellants, v NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL, OFFICE OF RENT ADMINISTRATION, Respondent.

Submitted May 30, 2017; decided June 29, 2017

Motion to vacate this Court's April 25, 2017 dismissal order denied.

Judge FEINMAN taking no part.